UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

__Tampa__ Division

CIVIL RIGHTS COMPLAINT FORM

Jimmy Dell Bowen

Bk. No. 15032827 H.C.S.O. F.R.J.

520 Falkenburg Rd. Tampa, Fl. 33619
(Enter full name of each Plaintiff and
prison number, if applicable)

CASE NUMBER: 8:17-cv-1242-T-35 JSS
(To be supplied by Clerk's Office)

v.

David Gee, Sheriff H.C.S.O

520 Falkenburg Rd. Tpa. Fl. 33619

NaphCare Medical

520 Falkenburg Rd. Tampa, Fl. 33619
(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

FILED 2017 MAY 25 AM 11:11 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Falkenburg Rd Jail
(Indicate the name and location)
520 Falkenburg Rd. Tampa, Fl. 33619

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS: None

DC 225 (Rev 2/2012)

1

TPA043781

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _Not Applicable_

      Defendant(s): _Not Applicable_

   2. Court (if federal court, name the district; if state court, name the county):

      _Not Applicable_

   3. Docket Number: _Not Applicable_

   4. Name of judge: _Not Applicable_

   5. Briefly describe the facts and basis of the lawsuit: _Not Applicable_

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _Not Applicable_

   7. Approximate filing date: _Not Applicable_

   8. Approximate disposition date: _Not Applicable_

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_Not Applicable_

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _Jimmy Dell Bowen BK No. 15032827-9-A-18_

Mailing address: _520 Falkenburg Rd. Tampa Fl. 33619_

B. Additional Plaintiffs: _Not Applicable_

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _David Gee, Sheriff Hillsborough County Fl._

Mailing Address: _520 Falkenburg Rd. Tampa, Fl. 33619_

Position: _Sheriff Hillsborough County Florida_

Employed at: _Sheriff's Office (H.C.S.O.) 520 Falkenburg Rd. Tpa. Fl._

D. Defendant: _Naph Care and V.P. Katherine Tarica et. al._

Mailing Address: _2090 Colombiana Rd. Suite 4000 Birmingham, Alabama 35216_

DC 225 (Rev 2/2012)

3

Position: Katherine Tarica, V.P. NaphCare

Employed at: 2090 Colambiana Rd. Suite 4000 Birmingham, Al. 35216

E. Defendant: Not Applicable

Mailing Address: Not Applicable

Position: Not Applicable

Employed at: Not Applicable

F. Defendant: Not Applicable

Mailing Address: Not Applicable

Position: Not Applicable

Employed at: Not Applicable

G. Defendant: Not Applicable

Mailing Address: Not Applicable

Position: Not Applicable

Employed at: Not Applicable

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Violation of United States Constitution, Eight (8th) Amendment Prohibitation Against Cruel And Unusual Punishment Deleberite Indefference To A Serious Medical Need

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1.) David Gee is Sheriff of Hillsborough County Fla. As such officer he is responsible for All actions/Inactions of all employees and contractors and contractor's employees. Thus he is a named Defendant. Gee placed Plaintiff in A.C.Confinement, No Report.

2.) From August 25, 2015 to Date

3.) Falkenburg Rd. Jail 520 Falkenburg Rd. Tpa. Fl. 33619

4.) Failure To properly supervise Medical Contractor Naph Care

5.) Said failure resulted in Plaintiff's unnecessary pain and suffering

1.) Naph Care et. al. 2090 Colombiana Rd. Suite 4000 Birmingham Alabama, 35216.

2.) From September 1, 2015 to Date

3.) Falkenburg Rd. Jail, 520 Falkenburg Rd. Tpa. Fl. 33619

4.) Failure to perform serious medical needs, failure to adequently supervise Naph Care Employees Dr. Kallman, Dr./R.N. Ball and Doctor Tootle(s) failure to schedule Plaintiff for Hernia Operation.

5.) Abovenamed Defendant's repetedly refusal to schedule/send Plaintiff to Outside Hospital for Hernia Operation, Eventhough from September to November 2015 Plaintiff had private health insurance with Humana and as such would be No Expense to Defendants, they still refused to do so. Said refusal has resulted in inguinal hernia Tearing father causing serious pain and suffering. Due to said deleberite indifference and Retaliation By defendants when Plaintiff complained; (Vindictive abuse of authority by Knowingly ordering Isolation of Plaintiff in J.S.A. Unit, D.C. Confinement Cell/Isolation Punishment Cell, No Beds, sleep on "boat" 6 in. off floor, Temp. 55°/ thin sheet and blanket, hernia tore from strain of getting up from "boat", enlarged to Double Original Size and if hernia strangulates Plaintiff will Die within minutes/hrs Due To Sepis. In Isolation cell, May 25 – June 1, 2016. No I.O.R. Report

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff request a trial by Court to determine issues

that he will present for determination of Defendants liability and request Money Damages In Excess of One Million Dollars From Defendants. (Each Defendant)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this _1st_ day of _May_, 2017.

_Jimmy Dell Bowen Probe_

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _1st_ day of _May_, 20_17_.