UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_Tampa_ _____ Division

_Amended_ CIVIL RIGHTS COMPLAINT FORM

_Jimmy Dell Bowen_ _____

CASE NUMBER: _8:17-cv-1242-T-35J55_
(To be supplied by Clerk's Office)

_BK-No. 15032827_ _____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

_Sheriff David Gee, et.al_ _____  _Dr. Tootle_

_NaphCare Medical, et.al_ _____  _H.C.S.O. Jail Depuity Sgt. Hazel_

_Dr. Ball_

_Dr. Kallman_

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

_____ /

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: _Hillsborough County Jail  520_
     (Indicate the name and location)
     _Falkenburg Rd. Tampa, Fl. 33619_

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
     required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
     or detention center.  42 U.S.C. § 1997e(a).  Plaintiff is warned that any claims for which the
     administrative grievance process was not completed prior to filing this lawsuit may be subject
     to dismissal.

III. PREVIOUS LAWSUITS: _None_

DC 225 (Rev 2/2012)

1

Amended Complaint For Violation Of Civil Rights
Case No. 8:17-CV-01242-MSS-JSS: Bowen v David A. Gee etal.
NaphCare Health Services et.al

### Attachment To Page & Par. II

### Exhaustion of Administrative Remedies

Attempts to exhaust said remedies are not only futile but extremely dangerous to anyone attempting said procedure. First it is necessary to get a "Request slip" from Pod deputy. When you tell him it's a request for a grievance form, he/she refuses until you finally talk to a Sgt. Then the Sgt. attemptes to talk you out of it with "subtle threats" and saying "I'll take care of it. In the meantime said pod deputy "shakes down" your bunk and "conviently finds contraband" in your locker, resulting in you being Locked In "Holding Cell" inside pod for several hours. If you get lucKey and get a request out, it is never answered. See: Enclosed Request Form No. 862071 dated 10-4-16. No Response! Thus exhaustion of remedies is futile and as such some Courts of Appeal has held exhaustion unnecessary in those cases.

### Attachment To Page & Par. II

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   ) No ( ✓ )

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   )   No ( ✓ )

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

   2.   Court (if federal court, name the district; if state court, name the county):

   _____

   3.   Docket Number: _____

   4.   Name of judge: _____

   5.   Briefly describe the facts and basis of the lawsuit: _____

   _____

   _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____

   _____

   7.   Approximate filing date: _____

   8.   Approximate disposition date: _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_None_____

_____

_____

IV.   PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: _Jimmy Dell Bowen AK No. 15032827- 9-B-18_

Mailing address: _520 Falkenburg Rd. Tampa, Fl. 33619_

_____

B.   Additional Plaintiffs: _None_____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: _David Gee, Sheriff Hillsborough Co. Fl._

Mailing Address: _H.C.S.O. 2008 E. 8th Ave_

_Tampa, Fl. 33605_

Position: _____

Employed at: _____

D.   Defendant: _Naph Care Medical_

Mailing Address: _520 Falkenburg Rd. Tampa, Fl. 33619_

_____

Position: _____

Employed at: _____

E.   Defendant: _Dr. Ball_____

Mailing Address: _520 Falkenburg Rd. Tampa, Fl. 33619_

_____

Position: _Medical Doctor_____

Employed at: _Naph Care Medical_____

F.   Defendant: _Dr. Kallman_____

Mailing Address: _520 Falkenburg Rd. Tampa, Fl. 33619_

_____

Position: _Medical Director_____

Employed at: _Naph Care Medical 520 Falkenburg Rd. Tampa, Fl 33619_

G.   Defendant: _Dr. Tootle_____

Mailing Address: _520 Falkenburg Rd. Tampa, Fl. 33619_

_____

Position: _Medical Doctor_____

Employed at: _Naph Care Medical 520 Falkenburg Rd. Tampa, Fl 33619_

Defendant: H.C.S.O. Jail Dep. Sgt. Hazel
        J.I.C. Unit 520 Falkenburg Rd. Tampa, Fl. 33619

V.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

All Defendants acted under color of State Law, Rule Or Regulation to violate Plaintiff's Civil Rights Under The 6th 8th and 14th Amendments to the United States Constitution.

VI.   STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1.) Defendant #1 Sheriff David Gee (2) From 9-1-15 to date.

3.) H.C.S.O. Falkenburg Rd. Jail 520 Falkenburg Rd. Tampa, Fl. 33619.

4.) Sheriff Gee is an elected official and as such is not immune from relief requested by Plaintiff in his Professional Position. As Sheriff he is liable for the unlawful actions of his employees, assigns and/or contractors on H.C.S.O. property. Thus he is sued in his Professional Capacity.

Defendant # 2: NaphCare Medical/Health Services (2) from 9-1-15 to Date. (3) H.C.S.O. Falkenburg Rd. Jail Clinic, 520 Falkenburg Rd. Tampa, Fl. 33619. (4) NaphCare Medical/Health Services is the Medical Provider for H.C.S.O. and as such is liable for any and all un-lawful actions of it's employees while on H.C.S.O. property. For 22 months 9-1-15 to Date Naph Care has refused to schedule/pro-vide surgery for Plaintiff Due To Cost To NaphCare. (5) Said refusal has and does cause severe pain to Plaintiff and Violates the 8th Amendment prohibiting cruel and unusuall punishment. Naph Care Medical/Health Services is sued in it's professional capicity.

For statement of facts for Defendant's Dr. Ball, Dr. Hallman, Dr. Tootle and H.C.S.O. Jail Deputy Sgt. Hazel, see attached pgs.

VII.   **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Amended Complaint. Bowen v Sheriff David Gee; Naph Care
Medical/HealthCare Services. Case No. 8:17-cv-1242-T-35-JSS
Attachment to pg. 5, VI. Statement of Facts


1.) Defendant Dr. Ball. (2) May 25, 2016 – June 1, 2016. (3) H.C.
S.O. Falkenburg Rd. Jail Clinic. (4) Facts: On May 25, 2016
visited jail clinic to inquire of Dr. Kallman why there was
no response from his Request/complaint of 3-3-16 about Hernia
Surgery. (See attached Req.). Dr. Ball informed Plaintiff
she was in charge that day and had determined there would
be no hernia operation scheduled. Plaintiff complained
of pain as hernia was so large hernia belt was no help in
holding hernia in and hernia interferred with bowel movements.
Ball stated "I will give you something for that." Plaintiff re-
fused medication and said he would wait and see the
Medical Director Dr. Kallman. Dr. Ball became enraged
and stated, "you can refuse medication, but I can put
you any where I want to." Less than 1 hour later Plaintiff
was moved to Confinement – Suicide Watch Cell for 7 days.
5.) Dr. Ball knew that said cell has no bed. Must sleep on "boat" 6" off
floor, No Shower, Temp. kept at 50°, water turned off 75% of time, No
phone or any other means of communication with family or attorney.
As a Doctor, Ball knew that the strain of getting up from "boat"
would tear hernia further, which it did, enlarging it to twice
origina(size causing continued extreme pain to Plaintiff.
Defendant Ball is sued in her Personal And Professional
Capicity.
                    Attachment To Pg. 5, VI.

Amended Complaint. Bowen v Sheriff David Gee; NaphCare
Medical/Health Care Services. Case No. 8:17 c-v-1242-T-35-JSS
Attachment to pg. 5, VI (a) Statement of Facts.

1.) Defendant Dr. Kallman Medical Director for Naph Care Clinic
2.) From 9-1-15 to 7-1-16. (3) H.C.S.O. Falkenburg Rd. Jail
   Clinic. (4) Facts: Dr. Kallman violated Plaintiffs
   8th Amendment rights by refusing for 22 months to schedule
   Plaintiff for Hernia Surgery. From 2-17-16 to 12-11-16 Plain-
   tiff again requested that he be scheduled for said
   operation as hernia was tearing and thus enlarging ca-
   using extreme pain even with a "hernia belt." This request
   was verbally denied Due To Cost To NaphCare. Plaintiff
   filed 3 grievances which was never answered by Defen-
   dants. (See attached grievances). Thus Plaintiff has
   exhausted all available remedies.


Attachment To Pg. 5, VI (a)

Amended Complaint. Bowen v Sheriff David Gee; Naph
Care Medical/Health Care Services: Case No. 8:17-cv-1242-
T-35-JSS. Attachment to pg. 5, VI (b) Statement Of Facts

1.) Defendant Dr. Tootle employee of Naph Care. (2) From
App. 6-15-16 to 10-15-16. (3) H.C.S.O. Falkenburg Rd. Jail
Clinic. (4) Facts: Dr. Tootle violated Plaintiff's 8th
Amendment rights by refusing for app. 5 months to schedule
Plaintiff for Hernia Surgery. Plaintiff has exhausted
all available remedies. (See attached grievances.)

Defendant Sargent Hazel H.C.S.O.

1.) Defendant Sgt. Hazel H.C.S.O. Jail Deputy OF David Gee.
2.) From May 25, 2016 to June 1, 2016. (3) H.C.S.O. Falkenburg
Rd. Jail J.I.C. Unit. (4) Facts: Defendant Hazel on
above dates conspired with Defendant Dr. Ball of Naph
Care Medical/Health Services to unlawfully remove Plain-
tiff, an 81 year old wheel-chair Pre-Trial Detainee from
general population and place him in Confinement-Suicide
Watch Cell in J.I.C. Unit in Violation of Plaintiffs U.S.
Const. Rights and Jail Institution Operation Procedures.
(I.O.P.).

Attachment To Pg. 5, VI (b)

Amended Complaint. Bowen v Sheriff David Gee; Naph
Care Medical/Health Services: Case No. 8:17-cv-1242-T-35-JSS
Attachment To Pg. 5, VI (c) Statement of Facts. Continued
From Attachment To Pg. 5, VI (b)
        Defendant Sargent Hazel/H.C.S.O.


4.) Facts: H.C.S.O. I.O.P. requires filing a written re-
port specifying the exact rule or regulation that is alleged
to have been broken before an inmate can be confined
to a Isolation-Punishment-Suicide Watch Cell. Normal proced-
ure when confined in said cell is to confiscate All Clothing of
the inmate and give him a "turtle suit" to wear. Said suit
is a short "shift" or "wrap around" type garment made of ex-
tremely SCRATCHY Material. Cell has No Bed. Must sleep on
a "boat" 6" off germ infested floor, dust particles from floor
makes breathing extremely difficult for Plaintiff who suffers
from C.O.P.D. Disease. Water is turned off 75% of time and one
can't even get a drink. Temp. held at 50-55°, one thin blanket
for cover, No Phone or any other means of communication with
family or attorney, No Shower, Threatened to leave Plaintiff in
said cell for 30 days if he filed a grievance. Plaintiff sub-
mits said conditions violate cruel and unusual punishment
regardless of any "percieved" violations of rules-regulations
of H.C.S.O.
        Attachment To Pg. 5, VI (c)

_Relief Requested_

_Plaintiff request a trial by jury to rule on the issues and evidence that will be presented by Plaintiff for determination of Defendant's liability and request money damages in an ammount to be determined at trial with Panitive Damages Where Warranted._

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _15th_ day of _July_____, 20_17_.

_Jimmy Dell Bowen, Pro se_

_____
(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _15th_ day of _July_____, 20_18_.

**MISSISSIPPI COUNTY SHERIFF'S OFFICE**
**Department of Detention Services**
**INMATE REQUEST**   862071

From: (Please PRINT)

_Jimmie Bowen_                               _15032827_
            Inmate Name                              Booking Number

_10 - 11 - 2016_   =                         _F.R.J._        _1 - A_
                Date                              Facility           POD

**Request:**

_To talk to jail detective concerning identy_
_theft which occured in this jail app. May 15, 2016 by one_
_Albert Brooks which has resulted in Unlawfully obtaining_
_A 1-bit card And Withdrawing App.$ 3,500.00 from my account_
_from Bank OF America_

Inmate Signature   _Jimmie Bowen_

_MT Pm    PX805    + 10-04-16_
Reviewing Deputy (print/initial)        PID              Date Received

---

**For Facility Use Only**
Distribution:

| | |
|---|---|
| _____ WRC Caseworker | _____ Classification |
| _____ Captain | _____ Property |
| _____ Supervisor on Duty | _____ Chaplain |
| _____ Inmate Programs | __X__ Other _JAIL DETECTIVES_ |

Response

_____

_____

_____

_____

_____   _____
       Employee Signature / P/D                  Date

---

5726 (6/06)

**FORWARD White and Yellow Copies – RETAIN Pink Copy**



Your independent health care choice.

# HEALTH CARE GRIEVANCE

| | | | Date Received | $2-17-16$ | |
|---|---|---|---|---|---|
| Name | DOB | Location | ID # | Date | |
| Bowen Jimmy | $11-10-35$ | FRJ 6-B-11 | 15032827 | $2-11-16$ | |

This Grievance is to be completed with as few words as possible to identify one problem. Only one (1) additional page may be attached to this form. This Grievance should be filed within five (5) days of receiving the written response to the initial Complaint. No Grievance can be filed without a corresponding Complaint.

**PART A---INMATE GRIEVANCE**  This is my Second Grievance concerning the Fee You Placed Against My Account For A Visit To Clinic. I did Not Make Please Remove Same Immediately!

Consider this my Second Grievance To Rennit Abdominal Hernia! The U.S. Supreme Court Has Held That Indefbrite Indifference To A Serious Medical Need Is cognizable On A Title 42 Sec. 1983 Civil Rights Violation Complaint For Money Damages!

Jimmy Bowen # 15032827 - 6- B-11

**INMATE SIGNATURE**

## Do Not Write Below This Line

**PART B –HEALTH CARE STAFF RESPONSE** (Written response within thirty (30) working days)

### HEALTH CARE STAFF SIGNATURE

Date

| Dissatisfied with: | Y | N | | Y | N |
|---|---|---|---|---|---|
| 1. Health Care Services | | | 6. Timeliness of Health Care Services Provided | | |
| 2. Dental Care Services | | | 7. Response to Health Care Services Request/Referral | | |
| 3. Mental Health Care Services | | | 8. Medication | | |
| 4. Off-Site Specialty Care Services | | | 9. Conduct of Health Care Staff | | |
| 5. Off-Site Transportation Services | | | 10. Other | | |

# NAPHCARE MEDICAL DEPARTMENT

## Sick Call Request-Managed by TechCare

| Name (Nombre) | Date of birth (Fecha de Nacimiento) | Location/Unit of cover (posicio'n) | Inmate Number | Date (edad) |
|---|---|---|---|---|
| Bowen Jimmy | 11-10-35 | FRT-6-B-11 | 15132824 | 3/3/16 |

**STAMP DATE RECEIVED**

| DATE RECEIVED | NURSE SIGNATURE |
|---|---|
| 3.5.16 | 11 2 |

**Complaint:**

To Dr. Kallman Medical Director

This complaint concerns your failure to schedule me for surgery to repair abdominal Hernia. Your continued failure to address this serious medical need can only result in my filing a Civil Rights Complaint Against You + Naphcare in U.S. District Court!

### THERE MAY BE A FEE CHARGE FOR SERVICES

**Inmate Signature**

Jimmy Bowen

Second Grievance To Follow

**ACTION TAKEN:**
- ☐ Refer to OB/GYN
- ☐ Refer to Medical – Sick Call
- ☐ Refer to Medical – Chart Review
- ☐ Refer to Psych – Sick Call
- ☐ Refer to Psych – Chart Review
- ☐ Refer to Dental
- ☐ Refer to LPN/RN Sick Call with

**Protocol**
- ☐ Immediate Care
- ☐ Health Dept.

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat. | B/P |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**A:**

**P:**

**E:**

| ☐ TEACHING COMPLETE – PATIENT ACKNOWLEGES UNDERSTANDING | TITLE OF NURSING PROTOCOL USED: | |
|---|---|---|
| **NURSES SIGNATURE** | **DATE** | **TIME** |

DISTRIBUTION:   WHITE - CHART     CANARY - INMATE

June08



Your independent health care choice.

# HEALTH CARE GRIEVANCE

| | | | Date Received. Brian 12-11-16 | |
|---|---|---|---|---|
| Name Bowen, Jimmy | DOB 11-16-35 | Location Falkenburg | ID# 5032827 | Date 12-11-16 |

This Grievance is to be completed with as few words as possible to identify one problem. Only one (1) additional page may be attached to this form. This Grievance should be filed within five (5) days of receiving the written response to the initial Complaint. No Grievance can be filed without a corresponding Complaint.

**PART A---INMATE GRIEVANCE**

This is my third grievance concerning your failure to schedule me for a Hernia Operation. (2-16-16 - 3-2-16) Dr. Hellman promised me that he would do this on or about May 25, 2016. He later omit it was fixed. He was replaced by Dr. Tootle who also assured me that this would be done. She even E-Mailed Judge Tharp who ordered her to do so. She too is Now Gone Quit/Fired I dont Know and dont care. I Know that I have a Serious Medical Condition That Multicare Has Shown Deliberate Indifference to which said condition has reached critical stage. Fourteen months is long enough to wait on Multicare to perform their Medical Duties. Therefore, if I am not scheduled for surgery at Tampa General/St Joseph within 15 Days, I shall cause to be filed in Federal Court A Million Dollar Civil Rights Complaint Against You.

Jimmy Bowen
**INMATE SIGNATURE**

## Do Not Write Below This Line

**PART B –HEALTH CARE STAFF RESPONSE** (Written response within thirty (30) working days)

**HEALTH CARE STAFF SIGNATURE**

Date

| Dissatisfied with: | Y | N | | Y | N |
|---|---|---|---|---|---|
| 1. Health Care Services | | | 6. Timeliness of Health Care Services Provided | | |
| 2. Dental Care Services | | | 7. Response to Health Care Services Request/Referral | | |
| 3. Mental Health Care Services | | | 8. Medication | | |
| 4. Off-Site Specialty Care Services | | | 9. Conduct of Health Care Staff | | |
| 5. Off-Site Transportation Services | | | 10. Other | | |

Page 1 of 1