court

In The United States District Court Middle District Of Florida
Tampa Division

Jimmy Dell Bowen
    Plaintiff          Case No. 8:17-cv-1242-T-35-JSS

V.

Sheriff David Gee,       Honorable Judge Mary S. Scriven
NaphCare Medical, etal.
    Defendant's./

Motion For Judgment On The Pleadings

  Comes Now, Jimmy Dell Bowen, Plaintiff Pro Se, pursuant to Fed. R. Civ. P. 12(c) Respectfully Moves This Honorable Court to Grant this Motion and as grounds therefore would state:

1.) Rule 12(c) is proper vehicle to request judgment in favor of Plaintiff based on the pleadings on file without accepting evidence, as when the outcome of the case rest on the interpretation of law by Court.

2.) The Defendants Willful Failure To Even Deny Charges In Complaint filed July 18, 2017, Over 90 Days, Is Sufficient Grounds To Grant This Motion.

                      Respectfully Submitted
                      Jimmy Dell Bowen Pro Se
                      Bk.No.15032827-9-B-28
                      520 Falkenburg Rd.
                      Tampa, Fl. 33619

Motion For Judgment On Pleadings

Case No: 8:17-cv-1242-T-35-JSS

Certificate Of Service

I Hereby Certify that a true copy of Motion For Judgment On The Pleadings has been furnished to Clerk: United States District Court 801 N. Fla. Ave. Rm 218 Tampa, Fl. 33601 on this 18th day of October 2017 by U.S. mail

Jimmy Dell Bowen
Plaintiff Pro Se

-2-